**United States District Court**
**Northern District of Texas**
**Dallas Division**

| | |
|---|---|
| Marten Group, Inc. d/b/a Senergy Medical Group and Scott Tennant,<br><br>*Plaintiffs*<br><br>v.<br><br>Dr. Jerald Tennant, John Tennant, Teresa Jessen Tennant, Jared Tennant, Tennant Devices and Accessories, LLC and Curador, LLC,<br><br>*Defendants* | Case No. 3:24-CV-01852-E |

**Plaintiff's Rule 7.1 Corporate Disclosure Statement**

Under Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 7.4, Plaintiff Marten Group, Inc. by and through its undersigned attorney, states as follows:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):

None.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

Marten Group, Inc. d/b/a Senergy Medical Group and Scott Tennant

July 22, 2024

Respectfully submitted,

**Griffith Barbee PLLC**

/s/ *Casey Griffith*

Casey Griffith
Texas Bar No. 24036687
Casey.Griffith@griffithbarbee.com

Michael Barbee
Texas Bar No. 24082656
Michael.Barbee@griffithbarbee.com

Kirk Voss
Texas Bar No. 24075229
Kirk.Voss@griffithbarbee.com

Joshua Yun
Texas Bar No. 24120335
Joshua.Yun@griffithbarbee.com

One Arts Plaza
1722 Routh St., Ste. 910
Dallas, Texas 75201
(214) 446-6020 | main
(214) 446-6021 | fax

**Counsel for Plaintiff**