# UNITED STATES DISTRICT COURT
for the
## NORTHERN DISTRICT OF TEXAS - DALLAS DIVISION

| | |
|---|---|
| MARTEN GROUP, INC. D/B/A SENERGY MEDICAL GROUP AND SCOTT TENNANT,<br>　　　　Plaintiff(s),<br>v.<br><br>JERALD TENNANT, MD, et al.,<br>　　　　Defendant(s). | Civil Action No. <u>3:24-cv-01852-E</u> |

## RETURN OF SERVICE

Came to my hand on **Tuesday, July 23, 2024 at 5:30 PM,**
Executed at: **3009 EDGEWOOD, COLLEYVILLE, TX 76034**
at **8:29 PM, on Tuesday, July 23, 2024,**

by individually and personally delivering to the within named:

### JERALD L. TENNANT

a true copy of this

**SUMMONS IN A CIVIL ACTION; PLAINTIFF'S ORIGINAL COMPLAINT; CIVIL COVER SHEET; NOTICE AND ELECTION REGARDING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK and PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

having first endorsed thereon the date of the delivery.

I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP.

My name is **TERRY WEST**, my date of birth is **September 15, 1955** and my business address is **5470 L.B.J. Freeway, Dallas, Texas, 75240** in the county of Dallas, United States of America. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas County, State of Texas, on Wednesday, July 24, 2024

By: _/s/ Terry West_
　　**TERRY WEST** - PSC 16002 - Exp 01/31/25
　　served@specialdelivery.com

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| Marten Group Inc et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:24-cv-01852-E |
|  | ) |
| Tennant et al | ) |
| *Defendant* | ) |

## Summons in a Civil Action

**TO:** Jerald L Tennant
3009 Edgewood
Colleyville, TX 76034

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Casey Griffith
1722 Routh St
Suite 910
Dallas, TX 75205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 07/22/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-01852-E

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____
was received by me on (*date*) _____.

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____, who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____; or

☐ I returned the summons unexecuted because _____; or

☐ other (*specify*) _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: