IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARTEN GROUP, INC. d/b/a SENERGY MEDICAL GROUP and SCOTT TENNANT,<br><br>　　Plaintiffs,<br><br>v.<br><br>JERALD TENNANT, MD, JOHN TENNANT, TERESA JESSEN TENNANT, JARED TENNANT, TENNANT DEVICES AND ACCESSORIES, LLC, and CURADOR, LLC,<br>　　Defendants. | Case No. 3:24-cv-01852<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

Defendants Jerald Tennant, M.D., John Tennant, Teresa Jessen Tennant, Jared Tennant, Tennant Devices and Accessories, LLC, and Curador, LLC seek an extension of time to answer or otherwise respond to Plaintiff's Complaint under Federal Rule of Civil Procedure 6(b)(1)(A).

Plaintiffs Marten Group, Inc., d/b/a Senergy Medical Group and Scott Tennant (together, "Plaintiffs") filed their action July 21, 2024 and served the complaint and a summons on Jerald Tennant, MD and Tennant Devices and Accessories on July 23, 2024, making his response to the complaint due by August 13, 2024. John Tennant, Teresa Jessen Tennant, and Jared Tennant were then served through counsel on July 26, 2024, making their response due by August 16, 2024.

Defendants only recently retained counsel in this action who need additional time to review the allegations and claims raised in Plaintiffs' complaint and

prepare an appropriate response. Defendants therefore ask that the Court extend their deadline to respond to Plaintiffs' complaint by roughly 30 days (September 12, 2024).

The requested extension is not for purposes of delay, but so that justice may done. Plaintiffs are unopposed to this request.

WHEREFORE, Defendants respectfully moves this Court for an order extending the period for Defendants to file a responsive pleading to the Complaint to and including September 12, 2024.

Dated: August 7, 2024					Respectfully submitted,

*/s/ Courtney Barksdale Perez*
E. Leon Carter
Texas Bar No. 03914300
lcarter@carterarnett.com
Courtney Barksdale Perez
Texas Bar No. 24061135
cperez@carterarnett.com
Joshua J. Bennett
Texas State Bar No. 24059444
jbennett@carterarnett.com
Michael C. Pomeroy
Texas State Bar No. 24098952
mpomeroy@carterarnett.com
**CARTER ARNETT BENNETT & PEREZ PLLC**
8150 N. Central Expressway
5th Floor, Dallas, Texas 75206
Telephone No. (214) 550-8188
Facsimile No. (214) 550-8185

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(i), the undersigned certifies that the parties have complied with the meet and confer requirements of Local Rule CV-7(h) and that the foregoing motion and relief sought therein is unopposed.

*/s/Joshua J. Bennett*
Joshua J. Bennett
