**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| MARTEN GROUP, INC. d/b/a SENERGY MEDICAL GROUP and SCOTT TENNANT, | § § § § | |
| Plaintiffs, | § § | Case No. 3:24-cv-01852 |
| v. | § § | **JURY TRIAL DEMANDED** |
| | § § | |
| JERALD TENNANT, MD, JOHN TENNANT, TERESA JESSEN TENNANT, JARED TENNANT, TENNANT DEVICES AND ACCESSORIES, LLC, and CURADOR, LLC, | § § § § § § § § | |
| Defendants. | § § | |

## DEFENDANTS' MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

COME NOW Defendants Jerald Tennant, John Tennant, Teresa Jessen Tennant, Jared Tennant, Tennant Devices and Accessories, and Curador, LLC ("Defendants") by and through their counsel of record, and pursuant to Local Rule 83.12 hereby files this *Motion to Withdraw and Substitute Counsel* (the "***Motion***") and, in support thereof, would show the following:

1.      Plaintiffs filed their Original Complaint on July 22, 2024 [Dkt. 1].

2.      Defendants have not yet answered or otherwise responded to the Original Complaint.

3.      On August 7, 2024, Defendants filed an Unopposed Motion to Extend Time to Answer, by and through their current attorneys of record, Courtney

Barksdale Perez, E. Leon Carter, Joshua J. Bennett and Michael C. Pomeroy of the firm Carter Arnett Bennett & Perez PLLC (collectively, "***Carter Arnett***") [Dkt. 12].

4.      On August 8, 2024, the Court granted Defendants' Motion to Extend, which extends Defendants' deadline to answer or otherwise to the Original Complaint through September 12, 2024 [Dkt. 13].

5.      Defendants request that Carter Arnett be permitted to withdraw and that Justin D. Hanna of Bryan Cave Leighton Paisner LLP ("***Bryan Cave***") be substituted as local counsel.  Mr. Hanna's contact information is as follows:

Justin D. Hanna
BRYAN CAVE LEIGHTON PAISNER, LLP
2200 Ross Ave., Suite 4200W
Dallas, Texas 75201
Tel: 214-721-8000
Fax: 214-721-8100
Email: justin.hanna@bclplaw.com

6.      Defendants further request that Tyler L. Farmer be substituted as lead counsel of record, and Ariel A. Martinez and Chelsey L. Mam, as additional counsel of record, pending the Court's granting their respective Applications for Admission *Pro Hac Vice*, which are filed concurrent with this Motion.  Mr. Farmer, Ms. Martinez, and Ms. Mam's contact information is as follows:

Tyler L. Farmer
Ariel A. Martinez
Chelsey L. Mam
BRYAN CAVE LEIGHTON PAISNER, LLP
999 3rd Ave., Suite 4400
Seattle, WA 98104

Tel: (206) 623-1700
Fax: (206) 623-8717
Email: tyler.farmer@bclplaw.com
Email: ariel.martinez@bclplaw.com
Email: chelsey.mam@bclplaw.com

7.      As grounds for this Motion, Defendants state that they desire Bryan Cave to represent them in this litigation based on the firm's substantial intellectual property and complex commercial litigation experience and approve of this withdrawal and substitution of counsel. Defendants have conferred with Plaintiffs' counsel and understand that this motion is unopposed.

8.      Defendants request the docket information in this matter be revised to reflect the withdrawal of the law firm of Carter Arnett PLLC and the substitution of Bryan Cave. Specifically, Justin D. Hanna and, upon their admission *pro hac vice*, Tyler L. Farmer, Ariel A. Martinez, and Chelsey L. Mam should be substituted on the ECF service list for this matter and should receive all other and further notice of activity in this case in place of Carter Arnett PLLC.

9.      Defendants further move that Tyler L. Farmer be designated as Defendants' lead counsel in this matter, upon his admission *pro hac vice*.

10.     This Motion is brought in good faith and is not being made for the purpose of delay or any other improper purpose.

WHEREFORE, Defendants request that the Court enter an order (i) allowing Courtney Barksdale Perez, Joshua J. Bennett and Michael C. Pomeroy of Carter

Arnett PLLC to withdraw as counsel of record for Defendants, (ii) substituting Tyler L. Farmer, Ariel A. Martinez, Chelsey L. Mam and Justin D. Hanna of Bryan Cave as counsel for Defendants in this case, and (iii) granting such other and further relief to which it is justly entitled.

Dated:  August 16, 2024                    Respectfully submitted,

*/s/ Courtney Barksdale Perez\**
E. Leon Carter
Texas Bar No. 03914300
lcarter@carterarnett.com
Courtney Barksdale Perez
Texas Bar No. 24061135
cperez@carterarnett.com
Joshua J. Bennett
Texas State Bar No. 24059444
jbennett@carterarnett.com
Michael C. Pomeroy
Texas State Bar No. 24098952
mpomeroy@carterarnett.com
**CARTER ARNETT BENNETT & PEREZ PLLC**
8150 N. Central Expressway
5th Floor, Dallas, Texas 75206
Telephone No. (214) 550-8188
Facsimile No. (214) 550-8185

*with permission

/s/    *Justin D. Hanna*
Justin D. Hanna
Texas Bar No. 24095726
**BRYAN CAVE LEIGHTON PAISNER LLP**
2200 Ross Avenue, Suite 4200W
Dallas, TX  75201-7965
Tel: (214) 721-8000
Fax: (214) 721-8100
Email: Justin.Hanna@bclplaw.com

Tyler L. Farmer (*Pro Hac Vice pending*)
Washington Bar No. 39912
Ariel A. Martinez (*Pro Hac Vice pending*)
Washington Bar No. 54869
Chelsey L. Mam (*Pro Hac Vice pending*)
Washington Bar No. 44609
BRYAN CAVE LEIGHTON PAISNER
LLP
999 3rd Ave., Suite 4400
Seattle, WA 98104
Tel: (206) 623-1700
Fax: (206) 623-8717
Tyler.farmer@bclplaw.com
Ariel.martinez@bclplaw.com
Chelsey.mam@bclplaw.com

**ATTORNEYS FOR DEFENDANTS**

## <u>CERTIFICATE OF CONFERENCE</u>

Pursuant to Local Rule CV-7(i), the undersigned certifies that the parties have complied with the meet and confer requirements of Local Rule CV-7(h) and that the foregoing motion and relief sought therein is unopposed.

By: */s/ Justin D. Hanna*
Justin D. Hanna

## <u>CERTIFICATE OF WORD COUNT</u>

Pursuant to Section II.A. of the Court's Procedures for Cases Assigned to District Judge Ada Brown and Standing Order, the undersigned hereby certifies that, per the word-processor register, the foregoing Motion contains 558 words, excluding the case caption, signature block, and certificates.

By: */s/ Justin D. Hanna*
Justin D. Hanna

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon all counsel of record through CM/ECF on August 16, 2024.

By: */s/ Justin D. Hanna*
Justin D. Hanna