UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

MARTEN GROUP, INC §
*Plaintiff* §
§
§
v. § Case No. 3:24-cv-01852
§
§
JERALD TENNANT, et al., §
*Defendant* §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**   Applicant is an attorney and a member of the law firm of (or practices under the name of)

Bryan Cave Leighton Paisner LLP, with offices at

999 3rd Ave., Suite 4400
(Street Address)

Seattle                         WA                98104
(City)                          (State)           (Zip Code)

206-623-1700                    206-623-8717
(Telephone No.)                 (Fax No.)

**II.**   Applicant will sign all filings with the name  Chelsey L. Mam  .

**III.**  Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Defendants: Jerald Tennant, John Tennant, Teresa Jessen Tennant, Jared Tennant, Tennant Devices and Accessories, LLC, and Curador, LLC

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____WA_____, where Applicant regularly practices law.

Bar license number: 44609     Admission date: 2/1/2012

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| USDC for the Western District of WA | 11/1/2012 | ACTIVE |
| USDC for the Eastern District of WA | 6/23/2016 | ACTIVE |
| U.S. Court of Appeals, 9th Circuit | | ACTIVE |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

n/a

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

n/a

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

n/a

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:  Case No. And Style:

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Justin D. Hanna                                               , who has offices at

2200 Ross Avenue, Suite 4200W
(Street Address)

Dallas                              TX                    75201-7965
(City)                              (State)               (Zip Code)

+1 214 721 8052                     +1 214 721 8100
(Telephone No.)                     (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   16th   day of August                    , 2024   .

Chelsey L. Mam
Printed Name of Applicant

*/s/ Chelsey L. Mam*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.