United States District Court
Northern District of Texas
Dallas Division

| | |
|---|---|
| MARTEN GROUP, INC. D/B/A SENERGY MEDICAL GROUP AND SCOTT TENNANT,<br><br>*Plaintiffs*<br><br>v.<br><br>JERALD TENNANT, MD, JOHN TENNANT, TERESA JESSEN TENNANT, JARED TENNANT, TENNANT DEVICE AND ACCESSORIES, LLC, AND CURADOR, LLC,<br><br>*Defendants* | Case No. 3:24-cv-01852 |

## Order Granting Plaintiffs' Opposed Motion for Extension of Time to Respond to Defendants' Motion for Preliminary Injunction

On this day, the Court considered Plaintiffs Marten Group, Inc. d/b/a Senergy Medical Group and Scott Tennant's Opposed Motion for Extension of Time (the "Motion") to respond to Defendants' Motion for Preliminary Injunction. After consideration of the Motion, the Court is of the opinion that the Motion should be and therefore is **GRANTED**.

It is therefore **ORDERED** that Plaintiffs' deadline to answer or otherwise respond to Defendants' Motion for Preliminary Injunction [Dkt. #24] is extended to October 18, 2024.

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2024.

_____
PRESIDING JUDGE
UNITED STATES DISTRICT JUDGE