United States District Court
Northern District of Texas
Dallas Division

| Marten Group, Inc. d/b/a Senergy Medical Group and Scott Tennant, | |
|---|---|
| *Plaintiffs* | Case No. 3:24-cv-01852-E |
| v. | |
| Jerald Tennant, MD, John Tennant, Teresa Jessen Tennant, Jared Tennant, Tennant Devices and Accessories, LLC, and Curador, LLC, | |
| *Defendants* | |

**Plaintiffs' Unopposed Motion for Extension of Time**

Plaintiffs Marten Group, Inc. d/b/a Senergy Medical Group and Scott Tennant file this Unopposed Motion for Extension of Time requesting the Court extend their deadline to answer or otherwise respond to Defendants Jerald Tennant, MD, John Tennant, Teresa Jessen Tennant, Jared Tennant, Tennant Devices and Accessories, LLC, and Curador, LLC's Counterclaims [Dkt. #22] by 21 days, from September 17, 2024, to October 8, 2024.

The extension is not requested for the purpose of delay, will not prejudice any party, will not interfere with any other deadlines in this case, and is made in good faith.

Accordingly, Plaintiffs respectfully request the Court grant this Motion and extend their deadline to answer Defendants' Counterclaims to October 8, 2024.

September 12, 2024
        Respectfully submitted,

**Griffith Barbee PLLC**

*/s/ Casey Griffith*

Casey Griffith
Texas Bar No. 24036687
Casey.Griffith@griffithbarbee.com

Michael Barbee
Texas Bar No. 24082656
Michael.Barbee@griffithbarbee.com

Kirk Voss
Texas Bar No. 24075229
Kirk.Voss@griffithbarbee.com

Joshua Yun
Texas Bar No. 24120335
Joshua.Yun@griffithbarbee.com

One Arts Plaza
1722 Routh St., Ste. 910
Dallas, Texas 75201
(214) 446-6020 | main
(214) 446-6021 | fax

**Counsel for Plaintiffs**

## CERTIFICATE OF WORD COUNT

Pursuant to Section II.A. of the Court's Procedures for Cases Assigned to District Judge Ada Brown and Standing Order, the undersigned certifies this document contains 123 words, excluding case caption, signature blocks and certificates. This certificate was prepared in reliance on the word-count function of the word-processing system (Microsoft Word) used to prepare the document.

**Dated:** September 12, 2024

/s/ *Casey Griffith*
Casey Griffith

## CERTIFICATE OF CONFERENCE

The undersigned certifies he has complied with the meet and confer requirement in Local Rule 7.1 and this Motion is unopposed.

/s/ *Casey Griffith*
Casey Griffith

## CERTIFICATE OF SERVICE

The undersigned certifies this document was filed electronically in compliance with Local Rule 5.1. As such, it was served on all counsel of record on September 12, 2024.

/s/ *Casey Griffith*
Casey Griffith