**United States District Court**
**Northern District of Texas**
**Dallas Division**

| | |
|---|---|
| MARTEN GROUP, INC. D/B/A SENERGY MEDICAL GROUP AND SCOTT TENNANT, *Plaintiffs* v. JERALD TENNANT, MD, JOHN TENNANT, TERESA JESSEN TENNANT, JARED TENNANT, TENNANT DEVICES AND ACCESSORIES, LLC, AND CURADOR, LLC, *Defendants* | Case No. 3:24-cv-01852-E |

### Order Granting Unopposed Motion for Extension of Time

On this day, the Court considered Plaintiffs Marten Group, Inc. d/b/a Senergy Medical Group and Scott Tennant's Unopposed Motion for Extension of Time (the "Motion"). After consideration of the Motion, the Court is of the opinion that the Motion should be and therefore is **GRANTED**.

It is therefore **ORDERED** that Plaintiffs Marten Group, Inc. d/b/a Senergy Medical Group and Scott Tennant's deadline to answer or otherwise respond to Defendants' Counterclaims [Dkt. # 22] is extended to Tuesday, October 8, 2024.

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2024.

_____
PRESIDING JUDGE
UNITED STATES DISTRICT JUDGE