**United States District Court**
**Northern District of Texas**
**Dallas Division**

| | |
|---|---|
| MARTEN GROUP, INC. d/b/a SENERGY MEDICAL GROUP AND SCOTT TENNANT,<br><br>*Plaintiffs*<br><br>v.<br><br>DR. JERALD TENNANT, JOHN TENNANT, TERESA JESSEN TENNANT, JARED TENNANT, TENNANT DEVICES AND ACCESSORIES, LLC, AND CURADOR, LLC,<br><br>*Defendants* | Case No. 3:24-cv-01852-E |

### DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure 7.1 and LR 3.1(c), 3.2(e), and 7.4 the undersigned, counsel of record for Defendants Tennant Devices and Accessories, LLC (TDA) and Curador, LLC, hereby certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal.

TDA:

1. Parent Companies: none

2. Subsidiaries Not Wholly Owned: none

3. Publicly Held Companies that Own more than 10% of the stock: none

4. LLC Members: Tennant Family, Ltd. (TFL), a Texas partnership

Curador:

1. Parent Companies: none

2. Subsidiaries Not Wholly Owned: none

3. Publicly Held Companies that Own more than 10% of the stock: none

4. LLC Members: John Tennant and Teresa Jensen Tennant, citizens of Texas

DATED: September 27, 2024

Respectfully submitted,

/s/ *Tyler L. Farmer*
Tyler L. Farmer (admitted *Pro Hac Vice*)
Washington Bar No. 39912
Tyler.farmer@bclplaw.com

Ariel A. Martinez (admitted *Pro Hac Vice*)
Washington Bar No. 54869
Ariel.martinez@bclplaw.com

Chelsey L. Mam (admitted *Pro Hac Vice*)
Washington Bar No. 44609
Chelsey.mam@bclplaw.com

BRYAN CAVE LEIGHTON PAISNER LLP
999 3rd Ave., Suite 4400
Seattle, WA 98104
Tel: (206) 623-1700
Fax: (206) 623-8717

Justin D. Hanna
Texas Bar No. 24095726
Justin.Hanna@blcplaw.com

**CORPORATE DISCLOSURE STATEMENT**     **2**

BRYAN CAVE LEIGHTON PAISNER LLP
2200 Ross Avenue, Suite 4200W
Dallas, TX 75201-7965
Tel: (214) 721-8000
Fax: (214) 721-8100

*COUNSEL FOR DEFENDANTS*

### CERTIFICATE OF SERVICE

The undersigned certifies this document was filed electronically in compliance with Local Rule 5.1. As such, it was served on all counsel of record on September 27, 2024.

/s/*Tyler L. Farmer*

**CORPORATE DISCLOSURE STATEMENT**                                                                 **3**