IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARTEN GROUP, INC. d/b/a SENERGY MEDICAL GROUP and SCOTT TENNANT,<br><br>    Plaintiffs,<br><br>v.<br><br>JERALD TENNANT, MD, JOHN TENNANT, TERESA JESSEN TENNANT, JARED TENNANT, TENNANT DEVICES AND ACCESSORIES, LLC, and CURADOR, LLC,<br><br>    Defendants. | Case No. 3:24-cv-01852<br><br>**JURY TRIAL DEMANDED** |

## DECLARATION OF JOHN TENNANT RE CITIZENSHIP

I, John Tennant, hereby declare as follows:

1. I am one of the Defendants in this matter. I am over age 18 and am competent to be a witness. I am making this declaration based on facts within my own personal knowledge.

2. I submit this declaration pursuant to the Court's requirement that "unincorporated entities, such as an LLC or LLP, state the citizenship of every member and file an affidavit or declaration setting out the citizenship of every member."

3. Curador, LLC has two members. I am one of the members and am a citizen of Texas.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at ____Irving____, Texas on ____September 26, 2024____.

Signed by:

*John Tennant*
56029C1F4DB4463...

JOHN TENNANT

## **CERTIFICATE OF SERVICE**

I certify that this document is being served via ECF on counsel of record.

> */s/*Tyler L. Farmer
> Tyler L. Farmer