**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| MARTEN GROUP, INC. d/b/a SENERGY MEDICAL GROUP and SCOTT TENNANT,<br><br>    Plaintiffs,<br><br>v.<br><br>JERALD TENNANT, MD, JOHN TENNANT, TERESA JESSEN TENNANT, JARED TENNANT, TENNANT DEVICES AND ACCESSORIES, LLC, and CURADOR, LLC,<br>    Defendants. | Case No. 3:24-cv-01852<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING DEFENDANTS' EMERGENCY MOTION FOR LIMITED PROTECTIVE ORDER RE: PLAINTIFFS' NOTICE OF DEPOSITION OF JERALD TENNANT, M.D.

Defendants filed an Emergency Motion for Limited Protective Order RE: Plaintiffs' Notice of Deposition of Jerald Tennant, M.D. ("Motion").

Having considered the Motion and the parties' briefing, IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED. The following limits will be imposed on Dr. Tennant's deposition currently set for October 9, 2024:

- The deposition will be limited to three hours on the record without prejudice to an additional four-hour deposition later in the case schedule.

- The deposition will be conducted by remote means, such as Zoom.

- The deposition will begin at 10:30 am (CST).

SIGNED this ___ day of _____, 2024

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE