# United States District Court
# Northern District of Texas
# Dallas Division

| | |
|---|---|
| MARTEN GROUP, INC. D/B/A SENERGY MEDICAL GROUP AND SCOTT TENNANT,<br><br>*Plaintiffs*<br><br>v.<br><br>JERALD TENNANT, MD, JOHN TENNANT, TERESA JESSEN TENNANT, JARED TENNANT, TENNANT DEVICE AND ACCESSORIES, LLC, AND CURADOR, LLC,<br><br>*Defendants* | Case No. 3:24-cv-01852 |

## Order

On this day, the Court considered Defendants Jerald Tennant, MD, John Tennant, Teresa Jessen Tennant, Jared Tennant, Tennant Device and Accessories, LLC, and Curador, LLC's Emergency Motion for Limited Protective Order Re: Plaintiffs' Notice of Deposition of Jerald Tennant, MD (the "Motion") [Dkt. #33].

After consideration of the Motion, the Court is of the opinion that the Motion should be and therefore is **DENIED**.

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2024.

_____
HON. DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE