**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| MARTEN GROUP, INC. d/b/a SENERGY MEDICAL GROUP and SCOTT TENNANT,<br><br>　　　Plaintiffs,<br><br>v.<br><br>JERALD TENNANT, MD, JOHN TENNANT, TERESA JESSEN TENNANT, JARED TENNANT, TENNANT DEVICES AND ACCESSORIES, LLC, and CURADOR, LLC,<br><br>　　　Defendants. | Case No. 3:24-cv-01852<br><br>**JURY TRIAL DEMANDED** |

### ORDER GRANTING DEFENDANTS' EMERGENCY MOTION FOR LIMITED PROTECTIVE ORDER RE: PLAINTIFFS' NOTICE OF DEPOSITION OF JERALD TENNANT, M.D.

Defendants filed an Emergency Motion for Limited Protective Order RE: Plaintiffs' Notice of Deposition of Jerald Tennant, M.D. ("Motion").

Having considered the Motion and the parties' briefing, IT IS HEREBY ORDERED that Defendants' Motion is GRANTED. The following limits will be imposed on Dr. Tennant's deposition currently set for October 9, 2024:

- The deposition will be limited to five hours on the record without prejudice to an additional five-hour deposition later in the case schedule.

- Dr. Tennant and counsel will appear by remote means, such as Zoom.

- The deposition will begin at 11:30 am (CST).

- Dr. Tennant will be allowed as many breaks as needed.

SIGNED this ⎯ day of ⎯⎯⎯⎯⎯⎯⎯, 2024

                                                        JUDGE DAVID L. HORAN
                                                      MAGISTRATE JUDGE