# United States District Court
# Northern District of Texas
# Dallas Division

| | |
|---|---|
| Marten Group, Inc. d/b/a Senergy Medical Group and Scott Tennant,<br><br>*Plaintiffs*<br><br>v.<br><br>Jerald Tennant, MD, John Tennant, Teresa Jessen Tennant, Jared Tennant, Tennant Devices and Accessories, LLC, and Curador, LLC,<br><br>*Defendants* | Case No. 3:24-cv-01852 |

**Appendix in Support of Plaintiffs' Motion to Dismiss**

Plaintiffs Marten Group, Inc. d/b/a Senergy Medical Group and Scott Tennant attaches this Appendix in support of their Motion to Dismiss under Rules 12(b)(1) and (6).

| Exhibit | Description | Record Pages |
|---|---|---|
| 1 | Assignment of Title for U.S. Trademark Reg. No. 3157112 (TENNANT BIOMODULATOR) | App. 1–3 |
| 2 | Assignment of Title for U.S. Trademark Reg. No. 4382782 (TENNANT BIOTRANSDUCER); Reg. No. 4334430 (HEALING IS VOLTAGE); Reg. No. 4878439 (HEALING IS VOLTAGE) | App. 4-9 |

# Exhibit 1

# TRADEMARK ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL |

### CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Jerald L Tennant | | 03/15/2006 | INDIVIDUAL: UNITED STATES |

### RECEIVING PARTY DATA

| Name: | Tennant Family, Ltd. |
|---|---|
| Street Address: | 3009 Edgewood Lane |
| City: | Colleyville |
| State/Country: | TEXAS |
| Postal Code: | 76034 |
| Entity Type: | CORPORATION: TEXAS |

### PROPERTY NUMBERS Total: 1

| Property Type | Number | Word Mark |
|---|---|---|
| Serial Number: | 78655612 | TENNANT BIOMODULATOR |

### CORRESPONDENCE DATA

Fax Number: (602)258-4441
*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*
Email: chris@daylawfirm.com
Correspondent Name: Christopher J. Day
Address Line 1: 301 E Bethany Home Road, Suite A-213
Address Line 4: Phoenix, ARIZONA 85012

| NAME OF SUBMITTER: | Christopher J. Day |
|---|---|
| Signature: | /Christopher J. Day/ |
| Date: | 03/24/2006 |

Total Attachments: 1
source=TENNANT BIOMODULATOR ass#page1.tif

TENNANT BIOMODULATOR
Serial No. 78/655612

## ASSIGNMENT OF TRADEMARK REGISTRATION APPLICATION

WHEREAS, Jerald L. Tennant, an individual citizen of the United States, has adopted, used and is using the mark TENNANT BIOMODULATOR, which he has applied to register with the United States Patent and Trademark Office, Serial Number 78/655612; and

WHEREAS, Tennant Family, Ltd, a Texas Corporation with a location of 3009 Edgewood Lane, Colleyville, TX 76034 is desirous of acquiring said mark and the registration application thereof;

NOW, THEREFORE, for good and valuable consideration, receipt of which is hereby acknowledged, Jerald L. Tennant does hereby assign unto Tennant Family, Ltd., all right, title and interest in and to the said mark, together with the good will of the business symbolized by the mark and the above identified registration application.

Dated this 15 day of March, 2006.

ASSIGNOR:

_____
Jerald L. Tennant

App. 3

Exhibit 2

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2  
Assignment ID: TMI234750

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

### CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| TENNANT FAMILY, LTD. | | 04/26/2024 | Limited Partnership: TEXAS |

### RECEIVING PARTY DATA

| Company Name: | TENNANT DEVICES AND ACCESSORIES, LLC |
|---|---|
| Street Address: | 9901 Valley Ranch Parkway E #2000 |
| City: | Irving |
| State/Country: | TEXAS |
| Postal Code: | 75063 |
| Entity Type: | Limited Liability Company: TEXAS |

### PROPERTY NUMBERS Total: 6

| Property Type | Number | Word Mark |
|---|---|---|
| Serial Number: | 86424790 | HEALING IS VOLTAGE |
| Serial Number: | 86394970 | RAW MATERIALS |
| Serial Number: | 85731087 | TENNANT BIOTRANSDUCER |
| Serial Number: | 85731084 | HEALING IS VOLTAGE |
| Serial Number: | 78655612 | TENNANT BIOMODULATOR |
| Serial Number: | 73326484 | TENNANT |

### CORRESPONDENCE DATA

Fax Number: 8013281707

Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.

Phone: 8015339800  
Email: mstringham@wnlaw.com  
Correspondent Name: Michelle Stringham  
Address Line 1: 60 E. South Temple, Suite 1000  
Address Line 4: Salt Lake City, UTAH 84111

| ATTORNEY DOCKET NUMBER: | 21024 |
|---|---|
| NAME OF SUBMITTER: | Michelle Stringham |
| SIGNATURE: | Michelle Stringham |
| DATE SIGNED: | 05/16/2024 |

OP $165.00.00 86424790

App. 5

**Total Attachments: 3**
source=Trademark Assignment_Tennant Family Ltd_signed#page1.tif
source=Trademark Assignment_Tennant Family Ltd_signed#page2.tif
source=Trademark Assignment_Tennant Family Ltd_signed#page3.tif

# TRADEMARK ASSIGNMENT

WHEREAS, TENNANT FAMILY, LTD., a Texas limited partnership ("Assignor"), is the owner of record, as reflected by the records of the U.S. Patent and Trademark Office, of the issued U.S. trademark registrations listed in Schedule A hereto (the "U.S. Trademark Registrations"); and

WHEREAS, Assignor previously adopted and used the mark TENNANT BIOTERMINALS THERAPY, which was the subject of prior U.S. Trademark Reg. No. 4,382,794, now expired (the "Unregistered Mark") (the U.S. Trademark Registrations and the Unregistered Mark being hereinafter collectively referred to as the "Trademarks"); and

WHEREAS, TENNANT DEVICES AND ACCESSORIES, LLC, a Texas limited liability company with its principal place of business located at 9901 Valley Ranch Parkway E #2000, Irving, Texas 75063 ("Assignee"), desires to acquire all right, title and interest in and to the Trademarks, the goodwill of the business symbolized thereby, the Registrations therefor, and the right to sue for past, present and/or future infringement thereof.

NOW, THEREFORE, for and in consideration of the premises, for Ten Dollars ($10.00) in hand paid, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor does hereby sell, assign, transfer and convey unto Assignee all right, title and interest in and to the Trademarks, the goodwill of the business symbolized thereby, the Registrations therefor, and the right to sue for past, present and/or future infringement thereof.

SIGNED on this the 26th day of April, 2024.

TENNANT FAMILY, LTD.,
a Texas limited partnership

By: TENNANT MANAGEMENT TRUST,
General Partner of Tennant Family, Ltd.

By: _____
Jerald L. Tennant, Trustee of
Tennant Management Trust

TRADEMARK ASSIGNMENT – Page 1 of 3

App. 7

*Agreed to and Accepted:*

TENNANT DEVICES AND ACCESSORIES, LLC
a Texas limited liability company

By: _____
Name: Jared Tennant
Position: Manager


| STATE OF TEXAS | § |
|---|---|
| | § |
| COUNTY OF DALLAS | § |

    BEFORE ME, the undersigned authority, a Notary Public, on this day personally appeared JERALD L. TENNANT, known to me to be the person and officer whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same in his capacity as Trustee of TENNANT MANAGEMENT TRUST, which, in turn, is acting in its capacity as General Partner of TENNANT FAMILY, LTD., a Texas limited partnership, and that such was the act of said TENNANT FAMILY, LTD., a Texas limited partnership, and that he executed the same as the act of such entities for the purposes and consideration therein expressed, and in the capacities therein stated.

    GIVEN UNDER MY HAND AND SEAL OF OFFICE this the 16th day of April, 2024.

_____
NOTARY PUBLIC, State of Texas

_____
Printed Name of Notary

HEATHER WHEAT
Notary Public, State of Texas
Comm. Expires 04-04-2028
Notary ID 130605754

Notary Seal

## Schedule A
## ISSUED U.S. TRADEMARK REGISTRATIONS

| Mark | Serial No. | Filing Date | Reg. No. | Reg. Date |
|---|---|---|---|---|
| HEALING IS VOLTAGE | 86424790 | 10/15/2014 | 4878439 | 12/29/2015 |
| RAW MATERIALS | 86394970 | 9/15/2014 | 4861281 | 11/24/2015 |
| TENNANT BIOTRANSDUCER | 85731087 | 9/17/2012 | 4382782 | 8/13/2013 |
| HEALING IS VOLTAGE | 85731084 | 9/17/2012 | 4334430 | 5/14/2012 |
| TENNANT BIOMODULATOR | 78655612 | 6/21/2005 | 3157112 | 10/17/2006 |
| TENNANT | 73326484 | 9/3/1981 | 1266232 | 2/7/1984 |

App. 9