# United States District Court
# Northern District of Texas
# Dallas Division

| | |
|---|---|
| MARTEN GROUP, INC. d/b/a SENERGY MEDICAL GROUP AND SCOTT TENNANT, *Plaintiffs* <br><br> v. <br><br> JERALD TENNANT, MD, JOHN TENNANT, TERESA JESSEN TENNANT, JARED TENNANT, TENNANT DEVICES AND ACCESSORIES, LLC, AND CURADOR, LLC, *Defendants* | Case No. 3:24-cv-01852 |

## Order Granting Rule 12(b)(1) and (6) Motion to Dismiss

After considering Plaintiffs Marten Group, Inc. d/b/a Senergy Medical Group and Scott Tennant's Motion to Dismiss Defendants Jerald Tennant, MD and Tennant Devices and Accessories, LLC's Counterclaims and Brief in Support [Dkt. #43] (the "Motion"), Defendants' Response Brief in Opposition, Plaintiffs' Reply, the evidence, and the arguments of counsel, the Court finds and concludes that the Motion should be and therefore is **GRANTED**.

It is therefore **ORDERED** that Counts I–IV, VIII, IX, and XII of Defendants Jerald Tennant, MD and Tennant Devices and Accessories, LLC's counterclaims against Plaintiffs are hereby **DISMISSED**.

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2024.

_____
HONORABLE ADA BROWN
UNITED STATES DISTRICT JUDGE