# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| MARTEN GROUP, INC. d/b/a SENERGY MEDICAL GROUP and SCOTT TENNANT,<br><br>    Plaintiffs,<br><br>v.<br><br>JERALD TENNANT, MD, JOHN TENNANT, TERESA JESSEN TENNANT, JARED TENNANT, TENNANT DEVICES AND ACCESSORIES, LLC, and CURADOR, LLC,<br>    Defendants. | Case No. 3:24-cv-01852<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED MOTION FOR PRELIMINARY INJUNCTION AND SUPPLEMENTAL DECLARATION

Defendant-Counterclaimants Dr. Tennant and Tennant Devices and Accessories, LLC ("TDA") (collectively "Dr. Tennant") filed an Unopposed Motion for Leave to File an Amended Motion for Preliminary Injunction and Supplemental Declaration ("Motion").

Having considered the Motion and the parties' briefing, the Court finds and concludes as follows:

IT IS HEREBY ORDERED that Defendants' Motion is GRANTED.

SIGNED this _____ day of _____, 2024

                                                                                                                                   ADA BROWN  
                                                                                                                                   UNITED STATES DISTRICT JUDGE