**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| MARTEN GROUP, INC. d/b/a SENERGY MEDICAL GROUP and SCOTT TENNANT,<br><br>    Plaintiffs,<br><br>v.<br><br>JERALD TENNANT, MD, JOHN TENNANT, TERESA JESSEN TENNANT, JARED TENNANT, TENNANT DEVICES AND ACCESSORIES, LLC, and CURADOR, LLC,<br><br>    Defendants. | § § § § § § § § § § § § § § § § § § | Case No. 3:24-cv-01852<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED MOTION FOR PRELIMINARY INJUNCTION AND SUPPLEMENTAL DECLARATION

Defendant-Counterclaimants Dr. Tennant and Tennant Devices and Accessories, LLC ("TDA") (collectively "Dr. Tennant") filed an Unopposed Motion for Leave to File an Amended Motion for Preliminary Injunction and Supplemental Declaration ("Motion"). (ECF No. 45).

The Court GRANTS the Motion and ORDERS Dr. Tennant to file his Amended Motion for Preliminary Injunction and Supplemental Declaration on or before October 18, 2024.

SIGNED this 11th day of October, 2024.

_____
Ada Brown
UNITED STATES DISTRICT JUDGE