United States District Court
Northern District of Texas
Dallas Division

| | |
|---|---|
| MARTEN GROUP, INC. D/B/A SENERGY MEDICAL GROUP AND SCOTT TENNANT,<br><br>*Plaintiffs*<br><br>v.<br><br>JERALD TENNANT, MD, JOHN TENNANT, TERESA JESSEN TENNANT, JARED TENNANT, TENNANT DEVICES AND ACCESSORIES, LLC, AND CURADOR, LLC,<br><br>*Defendants* | Case No. 3:24-cv-01852-E |

### Order Granting Plaintiffs' Unopposed Second Motion for Extension of Time to Respond to Defendants' Motion for Preliminary Injunction

On this day, the Court considered Plaintiffs Marten Group, Inc. d/b/a Senergy Medical Group and Scott Tennant's Unopposed Second Motion for Extension of Time (the "Motion") to respond to Defendants' Motion for Preliminary Injunction. (ECF No. 44). After consideration of the Motion, the Court is of the opinion that the Motion should be and therefore is **GRANTED**.

It is therefore **ORDERED** that Plaintiffs' deadline to answer or otherwise re-spond to Defendants' Motion for Preliminary Injunction (ECF No.24) is extended to October 25, 2024.

(*signature on next page*)

**ORDER**  Page 1 of 2

**IT IS SO ORDERED.**

DATED this 11th day of October, 2024.

                                              _____
                                              Ada Brown
                                              UNITED STATES DISTRICT JUDGE