United States District Court
Northern District of Texas
Dallas Division

| | |
|---|---|
| MARTEN GROUP, INC. D/B/A SENERGY MEDICAL GROUP AND SCOTT TENNANT,<br><br>*Plaintiffs*<br><br>v.<br><br>JERALD TENNANT, MD, JOHN TENNANT, TERESA JESSEN TENNANT, JARED TENNANT, TENNANT DEVICES AND ACCESSORIES, LLC, AND CURADOR, LLC,<br><br>*Defendants* | Case No. 3:24-cv-01852-E |

**Joint Report Naming Mediator**

Pursuant to the Scheduling Order [Dkt. #31], the parties jointly notify the Court that they name Hon. Harlan A. Martin (Former) with JAMS to mediate this case. The current deadline for completion of mediation is January 24, 2025.

| October 24, 2024 | Respectfully submitted, |
|---|---|
| **GRIFFITH BARBEE PLLC** | **BRYAN CAVE LEIGHTON PAISNER LLP** |
| /s/ *Casey Griffith* | /s/ *Chelsey L. Mam* |
| Casey Griffith<br>Texas Bar No. 24036687<br>Casey.Griffith@griffithbarbee.com | Tyler L. Farmer (*Pro Hac Vice*)<br>Washington Bar No. 39912<br>Tyler.farmer@bclplaw.com |
| Michael Barbee<br>Texas Bar No. 24082656<br>Michael.Barbee@griffithbarbee.com | Ariel A. Martinez (*Pro Hac Vice*)<br>Washington Bar No. 54869<br>Ariel.martinez@bclplaw.com |
| Kirk Voss<br>Texas Bar No. 24075229<br>Kirk.Voss@griffithbarbee.com | Chelsey L. Mam (*Pro Hac Vice*)<br>Washington Bar No. 44609<br>Chelsey.mam@bclplaw.com |
| Joshua Yun<br>Texas Bar No. 24120335<br>Joshua.Yun@griffithbarbee.com | 999 3rd Ave., Suite 4400<br>Seattle, WA 98104<br>Tel: (206) 623-1700<br>Fax: (206) 623-8717 |
| One Arts Plaza<br>1722 Routh St., Ste. 910<br>Dallas, Texas 75201<br>Tel: (214) 446-6020<br>Fax: (214) 446-6021 | Justin D. Hanna<br>Texas Bar No. 24095726<br>Justin.Hanna@blcplaw.com |
| **Counsel for Plaintiffs** | 2200 Ross Avenue, Suite 4200W<br>Dallas, TX 75201-7965<br>Tel: (214) 721-8000<br>Fax: (214) 721-8100 |
| | **Counsel for Defendants** |

## CERTIFICATE OF SERVICE

The undersigned certifies this document was filed electronically in compliance with Local Rule 5.1. As such, it was served on all counsel of record on October 24, 2024.

/s/ *Casey Griffith*

Casey Griffith