United States District Court
Northern District of Texas
Dallas Division

| | |
|---|---|
| MARTEN GROUP, INC. D/B/A SENERGY MEDICAL GROUP AND SCOTT TENNANT,<br><br>*Plaintiffs*<br><br>v.<br><br>JERALD TENNANT, MD, JOHN TENNANT, TERESA JESSEN TENNANT, JARED TENNANT, TENNANT DEVICES AND ACCESSORIES, LLC, AND CURADOR, LLC,<br><br>*Defendants* | Case No. 3:24-cv-01852-E |

**Order Denying Defendants' Amended Motion for Preliminary Injunction**

On this day, the Court considered Defendants' Amended Motion for Preliminary Injunction. After consideration of the Motion, the filings submitted, and argument of counsel, the Court is of the opinion that the Motion should be and therefore is **DENIED**.

It is therefore **ORDERED** that Defendants' Amended Motion for Preliminary Injunction [Dkt. #48] is **DENIED**.

DATED this _____ day of _____, 2024.

_____
HONORABLE ADA BROWN
UNITED STATES DISTRICT JUDGE