# United States District Court
# Northern District of Texas
# Dallas Division

| | |
|---|---|
| Marten Group, Inc. d/b/a Senergy Medical Group and Scott Tennant,<br><br>*Plaintiffs*<br><br>v.<br><br>Jerald Tennant, MD, John Tennant, Teresa Jessen Tennant, Jared Tennant, Tennant Devices and Accessories, LLC, and Curador, LLC,<br><br>*Defendants* | Case No. 3:24-cv-01852-E |

## Plaintiffs' Unopposed Motion for Extension of Time to Reply in Support of Plaintiffs' Motion to Dismiss

Plaintiffs Marten Group, Inc. d/b/a Senergy Medical Group and Scott Tennant file this Unopposed Motion for Extension of Time requesting the Court extend their deadline to file their reply in support of their Motion to Dismiss Defendants' Counterclaims [Dkt. #43] by 7 days, from **November 13** to **November 20, 2024**. Defendants are not opposed.

The extension is not requested for the purpose of delay, will not prejudice any party, will not interfere with any other deadlines in this case, and is made in good faith.

Accordingly, Plaintiffs respectfully request the Court grant this Motion and extend their deadline to reply in support of their Motion to Dismiss to November 20, 2024.

November 11, 2024

Respectfully submitted,

**Griffith Barbee PLLC**

/s/ *Joshua Yun*

Casey Griffith
Texas Bar No. 24036687
Casey.Griffith@griffithbarbee.com

Michael Barbee
Texas Bar No. 24082656
Michael.Barbee@griffithbarbee.com

Kirk Voss
Texas Bar No. 24075229
Kirk.Voss@griffithbarbee.com

Joshua Yun
Texas Bar No. 24120335
Joshua.Yun@griffithbarbee.com

One Arts Plaza
1722 Routh St., Ste. 910
Dallas, Texas 75201
(214) 446-6020 | main
(214) 446-6021 | fax

**Counsel for Plaintiffs**

## CERTIFICATE OF WORD COUNT

The undersigned certifies this document contains 130 words, excluding the case caption, signature block, and certificates. This certificate was prepared in reliance on the word-count function of the word-processing system (Microsoft Word) used to prepare the document.

**Dated**: November 11, 2024

/s/ *Joshua Yun*
Joshua Yun

## CERTIFICATE OF SERVICE

The undersigned certifies this document was filed electronically in compliance with Local Rule 5.1. As such, it was served on all counsel of record on November 11, 2024.

/s/ *Joshua Yun*
Joshua Yun

## CERTIFICATE OF CONFERENCE

Per Local Rule 7.1, the undersigned certifies counsel for Plaintiffs conferred with counsel for Defendants on November 11, 2024, regarding the relief requested by this Motion. Defendants' counsel indicated they were unopposed.

/s/ *Joshua Yun*
Joshua Yun