United States District Court
Northern District of Texas
Dallas Division

| | |
|---|---|
| MARTEN GROUP, INC. D/B/A SENERGY MEDICAL GROUP AND SCOTT TENNANT,<br><br>*Plaintiffs*<br><br>v.<br><br>JERALD TENNANT, MD, JOHN TENNANT, TERESA JESSEN TENNANT, JARED TENNANT, TENNANT DEVICES AND ACCESSORIES, LLC, AND CURADOR, LLC,<br><br>*Defendants* | Case No. 3:24-cv-01852-E |

## Order Granting Plaintiffs' Unopposed Motion for Extension of Time to Reply in Support of Plaintiffs' Motion to Dismiss

On this day, the Court considered Plaintiffs Marten Group, Inc. d/b/a Senergy Medical Group and Scott Tennant's Unopposed Motion for Extension of Time (the "Motion") to reply in support of Plaintiffs' Motion to Dismiss Defendants' Counterclaims [Dkt. #43]. After consideration of the Motion, the Court is of the opinion that the Motion should be and therefore is **GRANTED**.

It is therefore **ORDERED** that Plaintiffs' deadline to reply in support of their Motion to Dismiss is extended to November 20, 2024.

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2024.

_____
HONORABLE ADA BROWN
UNITED STATES DISTRICT JUDGE