# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| MARTEN GROUP, INC. d/b/a SENERGY MEDICAL GROUP and SCOTT TENNANT,<br><br>    Plaintiffs,<br><br>v.<br><br>JERALD TENNANT, MD, JOHN TENNANT, TERESA JESSEN TENNANT, JARED TENNANT, TENNANT DEVICES AND ACCESSORIES, LLC, and CURADOR, LLC,<br><br>    Defendants. | Case No. 3:24-cv-01852<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION FOR ENTRY OF AGREED CONFIDENTIALITY AND PROTECTIVE ORDER

TO THE HONORABLE JUDGE ADA BROWN:

Plaintiffs and Defendants (collectively "the Parties") file this Joint Motion for Entry of Agreed Protective Order on the following basis:

1. The Parties believe that discovery in this matter will likely result in the production of documents and information that either one or both Parties in good faith deem confidential, proprietary, or trade secret.

2. The Parties have conferred and have agreed, as indicated by counsels' signatures below, to an Agreed Protective Order filed contemporaneously with this Motion.

3. The Parties have conferred and have agreed that the Agreed Protective Order sufficiently protects the Parties' respective interests in the confidential materials produced. Further, the Parties believe the proposed order will aid and not hinder the advancement of this matter.

4. The Parties used the Court's model order, with minor adjustments based on the particular facts of this case.

Therefore, pursuant to F.R.C.P. 26(c) and L.R. 7.1, the Parties request the Court enter Agreed Protective Order.

Dated:  December 2, 2024  Respectfully submitted,

*/s/Tyler L. Farmer*
Tyler L. Farmer
WSBA No. 39912
*Pro Hac Vice*
Tyler.farmer@bclplaw.com
Ariel A. Martinez
WSBA No. 54869
*Pro Hac Vice*
Ariel.martinez@bclplaw.com
Chelsey L. Mam
WSBA No. 44609
*Pro Hac Vice*
Chelsey.mam@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
999 3rd Ave., Suite 4400
Seattle, WA 98104
Tel: (206) 623-1700
Fax: (206) 623-8717

*/s/Justin D. Hanna*
Justin D. Hanna
Texas Bar No. 24095726
Bryan Cave Leighton Paisner  LLP
2200 Ross Avenue, Suite 4200W
Dallas, TX  75201-7965
(214) 721 8052
E: Justin.Hanna@bclplaw.com

ATTORNEYS FOR DEFENDANTS

*/s/Casey Griffith*
Casey Griffith
Texas Bar No. 24036687
Casey.Griffith@griffithbarbee.com

Michael Barbee
Texas Bar No. 24082656
Michael.Barbee@griffithbarbee.com

Kirk Voss
Texas Bar No. 24075229
Kirk.Voss@griffithbarbee.com

Joshua Yun
Texas Bar No. 24120335
Joshua.Yun@griffithbarbee.com

GRIFFITH BARBEE PLLC
One Arts Plaza
1722 Routh St., Ste. 910
Dallas, TX 75201
Tel: 214-446-6020
Fax: 214-446-6021

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(i), the undersigned certifies that the parties have complied with the meet and confer requirements of Local Rule CV-7(h) and that the foregoing motion and relief sought therein is unopposed.

By: */s/Tyler L. Farmer*
Tyler L. Farmer

## CERTIFICATE OF WORD COUNT

Pursuant to Section II.A. of the Court's Procedures for Cases Assigned to District Judge Ada Brown and Standing Order, the undersigned hereby certifies that, per the word-processor register, the foregoing Motion contains 161 words, excluding the case caption, signature block, and certificates.

By: */s/Tyler L. Farmer*
Tyler L. Farmer

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon all counsel of record through CM/ECF on December 2, 2024.

By: */s/Tyler L. Farmer*
Tyler L. Farmer