IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARTEN GROUP, INC. d/b/a SENERGY MEDICAL GROUP and SCOTT TENNANT,<br><br>    Plaintiffs,<br><br>v.<br><br>JERALD TENNANT, MD, JOHN TENNANT, TERESA JESSEN TENNANT, JARED TENNANT, TENNANT DEVICES AND ACCESSORIES, LLC, and CURADOR, LLC,<br><br>    Defendants. | Case No. 3:24-cv-01852<br><br>**JURY TRIAL DEMANDED** |

### ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL APPENDIX IN SUPPORT OF AMENDED MOTION FOR PRELIMINARY INJUNCTION & REPLY

Defendant-Counterclaimants Dr. Tennant and Tennant Devices and Accessories, LLC ("TDA") (collectively "Dr. Tennant") filed a Motion for Leave to File Supplemental Appendix in Support of Amended Motion for Preliminary Injunction ("Motion").

Having considered the Motion, the Court finds and concludes as follows:

IT IS HEREBY ORDERED that Defendants' Motion is GRANTED.

SIGNED this 14th day of January, 2025.

_____

Ada Brown
UNITED STATES DISTRICT JUDGE