IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARTEN GROUP, INC. d/b/a SENERGY MEDICAL GROUP and SCOTT TENNANT,<br><br>　　　Plaintiffs,<br><br>v.<br><br>JERALD TENNANT, MD, JOHN TENNANT, TERESA JESSEN TENNANT, JARED TENNANT, TENNANT DEVICES AND ACCESSORIES, LLC, and CURADOR, LLC,<br>　　　Defendants. | Case No. 3:24-cv-01852<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE MEDIATION

Defendants Jerald Tennant, M.D., John Tennant, Teresa Jessen Tennant, Jared Tennant, Tennant Devices and Accessories, LLC, and Curador, LLC (together, "Defendants") and Plaintiffs Marten Group, Inc., d/b/a Senergy Medical Group and Scott Tennant (together, "Plaintiffs") filed a Joint Motion for Extension of Time to Complete Mediation ("Joint Motion").

Having considered the Joint Motion, the Court GRANTS the motion.

IT IS HEREBY ORDERED that the deadline to complete mediation is extended to March 7, 2025.

Date:_____

                                            ADA BROWN
                                            UNITED STATES DISTRICT JUDGE