# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| MARTEN GROUP, INC. d/b/a SENERGY MEDICAL GROUP and SCOTT TENNANT,<br><br>  Plaintiffs,<br><br>v.<br><br>JERALD TENNANT, MD, JOHN TENNANT, TERESA JESSEN TENNANT, JARED TENNANT, TENNANT DEVICES AND ACCESSORIES, LLC, and CURADOR, LLC,<br><br>  Defendants. | Case No. 3:24-cv-01852<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS

PLEASE TAKE NOTICE that effective immediately, Tyler L. Farmer and Ariel A. Martinez, attorneys for Defendants, are no longer associated with Bryan Cave Leighton Paisner LLP.

The new firm name, address and email addresses for Tyler L. Farmer and Ariel A. Martinez is as follows:

**MARTINEZ & FARMER LLP**
4020 East Madison St., Suite 300
Seattle, WA 98112
Tel: (206) 208-2270
Email: tyler@mfseattle.com
Email: ariel@mfseattle.com

Dated: April 4, 2025            Respectfully submitted,

**MARTINEZ & FARMER LLP**

*/s/Tyler L. Farmer*
*/s/Ariel A. Martinez*
Tyler L. Farmer, WSBA No. 39912
*Pro Hac Vice*
Ariel A. Martinez, WSBA No. 54869
*Pro Hac Vice*
4020 East Madison St., Suite 300
Seattle, WA 98112
Tel: (206) 208-2270
E: tyler@mfseattle.com
E: ariel@mfseattle.com

**BRYAN CAVE LEIGHTON PAISNER LLP**

Chelsey L. Mam
WSBA No. 44609
*Pro Hac Vice*
999 3rd Ave., Suite 4400
Seattle, WA 98104
Tel: (206) 623-1700
Fax: (206) 623-8717
E: Chelsey.mam@bclplaw.com

Justin D. Hanna
Texas Bar No. 24095726
2200 Ross Avenue, Suite 4200W
Dallas, TX 75201-7965
(214) 721 8052
E: Justin.Hanna@bclplaw.com

ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the foregoing was served upon all counsel of via ECF on April 4, 2025.

                                                     By: */s/Tyler L. Farmer*
                                                          Tyler L. Farmer