IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARTEN GROUP, INC. D/B/A SENERGY MEDICAL GROUP AND SCOTT TENNANT, | § § § | |
| Plaintiffs, | § § § | |
| v. | § § | Civil Action No. 3:24-CV-01852-E |
| JERALD TENNANT, MD, JOHN TENNANT, TERESA JESSEN TENNANT, JARED TENNANT, TENNANT DEVICES AND ACCESSORIES, LLC, AND CURADOR, LLC, | § § § § § § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE

Notice is hereby given that Alison Battiste Clement and Gabriela Isuani Monahan of the law firm Battiste Clement PLLC, located at 2626 Cole Avenue, Suite 300, Dallas, Texas 75204, Telephone (214) 540-7206, hereby appear as counsel of record for Defendants Jerald Tennant, MD, John Tennant, Teresa Jessen Tennant, Jared Tennant, Tennant Devices and Accessories, LLC, and Curador, LLC.

Counsel respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon Alison Battiste Clement and Gabriela Isuani Monahan via the ECF System and electronic mail addresses provided below:

ALISON BATTISTE CLEMENT - alison@battisteclement.com

GABRIELA ISUANI MONAHAN - gabriela@battisteclement.com

Dated: April 14, 2025                                                      Respectfully submitted,

                                                               By: */s/Alison Battiste Clement*
**ALISON BATTISTE CLEMENT**
Texas State Bar No. 24062603
alison@battisteclement.com
**GABRIELA ISUANI MONAHAN**
Illinois State Bar No. 6212056
gabriela@battisteclement.com
**BATTISTE CLEMENT PLLC**
2626 Cole Avenue, Suite 300
Dallas, Texas 75204
TELE: 214-540-7206
FAX: 972-629-9818

**TYLER LAWRENCE FARMER**
**MARTINEZ & FARMER LLP**
4020 East Madison St, Suite 300
Seattle, WA 98112
206-208-2273
Email: tyler@mfseattle.com

**COUNSEL FOR DEFENDANTS JERALD TENNANT, MD, JOHN TENNANT, TERESA JESSEN TENNANT, JARED TENNANT, TENNANT DEVICES AND ACCESSORIES, LLC, AND CURADOR, LLC**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document has been served via the Court's CM/ECF to counsel of record in accordance with the Texas Rules of Civil Procedure on April 14, 2025.

                                             */s/ Alison Battiste Clement*
                                             **Alison Battiste Clement**

4929-8050-3094, v. 1