# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| MARTEN GROUP, INC. d/b/a SENERGY MEDICAL GROUP and SCOTT TENNANT,<br><br>    Plaintiffs,<br><br>v.<br><br>JERALD TENNANT, MD, JOHN TENNANT, TERESA JESSEN TENNANT, JARED TENNANT, TENNANT DEVICES AND ACCESSORIES, LLC, and CURADOR, LLC,<br><br>    Defendants. | § § § § § § § § § § § § § § § § | Case No. 3:24-cv-01852<br><br>**JURY TRIAL DEMANDED** |

## MOTION TO WITHDRAW

Justin D. Hanna and Chelsey L. Mam of Bryan Cave Leighton Paisner, LLP ("**BCLP**") move this Court to withdraw as counsel on behalf of Defendants Jerald Tennant, M.D., John Tennant, Teresa Jessen Tennant, Jared Tennant, Tennant Devices and Accessories, LLC, and Curador, LLC (together, "**Defendants**"). In support of this Motion to Withdraw, Mr. Hanna and Ms. Mam state as follows:

1.    Defendants are represented by lead counsel, Tyler L. Farmer, and Ariel A. Martinez as counsel in the above-styled matter. Mr. Farmer and Ms. Martinez have departed BCLP and formed a new firm, Martinez & Farmer LLP. Defendants have terminated their engagement with BCLP and have engaged Martinez & Farmer to represent them in this action.

1

2. Mr. Farmer and Ms. Martinez will continue to represent Defendants through Martinez & Farmer.

3. Additionally, Defendants have retained Alison Battiste Clement and Gabriela Isuani Monahan of the law firm of Battiste Clement PLLC in Dallas, Texas, as local counsel in this matter.

4. Mr. Hanna's and Ms. Mam's withdrawal from this case will not have any material adverse effect of Defendants' interests since Defendants have engaged, and will continue to be represented by, Mr. Farmer and Ms. Martinez, as well as Ms. Clement and Ms. Monahan.

Therefore, for the foregoing reasons, Justin D. Hanna and Chelsey L. Mam respectfully request that this Court enter an order granting their Motion to Withdraw as counsel for Defendants in this matter.

| | |
|---|---|
| Dated:  April 28, 2025 | Respectfully submitted,<br><br>**BRYAN CAVE LEIGHTON PAISNER LLP**<br><br>*/s/Justin D. Hanna*<br>Justin D. Hanna<br>Texas Bar No. 24095726<br>2200 Ross Avenue, Suite 4200W<br>Dallas, TX  75201-7965<br>Tel: (214) 721-8000<br>Fax: (214) 721-8100<br>Email: Justin.Hanna@bclplaw.com<br><br>*/s/ Chelsey L. Mam*<br>Chelsey L. Mam<br>WSBA No. 44609<br>*Pro Hac Vice*<br>999 3rd Ave., Suite 4400<br>Seattle, WA 98104<br>Tel: (206) 623-1700<br>Fax: (206) 623-8717<br>Email: Chelsey.mam@bclplaw.com |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon all counsel of record through CM/ECF on April 25, 2025.

By: */s/Justin D. Hanna*
Justin D. Hanna