**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| MARTEN GROUP, INC. d/b/a SENERGY MEDICAL GROUP and SCOTT TENNANT,<br><br>    Plaintiffs,<br><br>v.<br><br>JERALD TENNANT, MD, JOHN TENNANT, TERESA JESSEN TENNANT, JARED TENNANT, TENNANT DEVICES AND ACCESSORIES, LLC, and CURADOR, LLC,<br><br>    Defendants. | Case No. 3:24-cv-01852<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING MOTION TO WITHDRAW

Pending before the Court is Justin D. Hanna's and Chelsey L. Mam's Motion to Withdraw as counsel for Defendants Jerald Tennant, M.D., John Tennant, Teresa Jessen Tennant, Jared Tennant, Tennant Devices and Accessories, LLC, and Curador, LLC (together, "**Defendants**"). The Court finds that the Motion to Withdraw should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Justin D. Hanna and Chelsey L. Mam, of the law firm of Bryan Cave Leighton Paisner, LLP are hereby withdrawn as counsel for Defendants and relieved of all further duties in this case and will no longer receive ECF notification.

1

SIGNED on _____,2025

_____
JUDGE ADA BROWN
UNITED STATES DISTRICT JUDGE