# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| MARTEN GROUP, INC. d/b/a SENERGY MEDICAL GROUP and SCOTT TENNANT,<br><br>    Plaintiffs,<br><br>v.<br><br>JERALD TENNANT, MD, JOHN TENNANT, TERESA JESSEN TENNANT, JARED TENNANT, TENNANT DEVICES AND ACCESSORIES, LLC, and CURADOR, LLC,<br><br>    Defendants. | Case No. 3:24-cv-01852<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING DEFENDANTS' MOTION EMERGENCY MOTION FOR CONTINUANCE

Defendants filed an Emergency Motion for Continuance ("Motion").

Having considered the Motion and the parties' briefing, the Court GRANTS the motion.

IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED.

SIGNED this _____ day of _____, 2025.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE