United States District Court
Northern District of Texas
Dallas Division

| | |
|---|---|
| MARTEN GROUP, INC. D/B/A SENERGY MEDICAL GROUP AND SCOTT TENNANT,<br><br>*Plaintiffs*<br><br>v.<br><br>JERALD TENNANT, MD, JOHN TENNANT, TERESA JESSEN TENNANT, JARED TENNANT, TENNANT DEVICES AND ACCESSORIES, LLC, AND CURADOR, LLC,<br><br>*Defendants* | Civil Action No. 3:24-cv-01852 |

**Plaintiffs' Notice of Non-Opposition to Defendants' Emergency Motions for Continuance and for Leave to File Under Seal**

Plaintiffs Marten Group, Inc. d/b/a Senergy Medical Group and Scott Tennant (the "Senergy Parties") file this Notice of Non-Opposition to Defendants' Emergency Motion for Continuance (Dkt. #71) and to Defendants' Emergency Motion for Leave to File Under Seal (Dkt. #73).

July 21, 2025

Respectfully submitted,

**Griffith Barbee PLLC**

/s/ *Casey Griffith*

Casey Griffith
Texas Bar No. 24036687
Casey.Griffith@griffithbarbee.com

Michael Barbee
Texas Bar No. 24082656
Michael.Barbee@griffithbarbee.com

Kirk Voss
Texas Bar No. 24075229
Kirk.Voss@griffithbarbee.com

Joshua Yun
Texas Bar No. 24120335
Joshua.Yun@griffithbarbee.com

One Arts Plaza
1722 Routh St., Ste. 910
Dallas, Texas 75201
(214) 446-6020  | main
(214) 446-6021  | fax

**Counsel for Plaintiffs**

## CERTIFICATE OF WORD COUNT

The undersigned certifies this document contains 258 words, excluding the case caption, table of contents, table of authorities, signature block, and certificates. This certificate was prepared in reliance on the word-count function of the word-processing system (Microsoft Word) used to prepare the document.

Dated: July 21, 2025.

/s/ *Casey Griffith*
Casey Griffith

## CERTIFICATE OF SERVICE

The undersigned certifies this document was filed electronically in compliance with LR 4.1. As such, it was served on all counsel of record on July 21, 2025.

Dated: July 21, 2025.

/s/ *Casey Griffith*
Casey Griffith