IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARTEN GROUP, INC. d/b/a SENERGY MEDICAL GROUP and SCOTT TENNANT,<br><br>    Plaintiffs,<br><br>v.<br><br>JERALD TENNANT, MD, JOHN TENNANT, TERESA JESSEN TENNANT, JARED TENNANT, TENNANT DEVICES AND ACCESSORIES, LLC, and CURADOR, LLC,<br><br>    Defendants. | Case No. 3:24-cv-01852<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR CONTINUANCE AND MOTION TO SEAL

Plaintiffs filed a Notice of Non-Opposition to Defendants' Emergency Motions for Continuance and for Leave to File Under Seal on July 21, 2025 (Dkt. 75), and the motions are fully briefed.

Defendants respectfully request that this Court grant a six-month continuance of the discovery and pre-trial deadlines. For the sake of clarity, Defendants provide the following summary of upcoming deadlines and the six-month continuance of same.

| Case Event | Current Date | Proposed Date |
| --- | --- | --- |
| Deadline for Completion of Discovery | August 26, 2025 | February 26, 2026 |
| Deadline for Expert Objections | September 26, 2025 | March 26, 2026 |
| Deadline for Dispositive Motions | September 26, 2025 | March 26, 2026 |
| Deadline for Pretrial Disclosures and Objections | December 16, 2025 Objections due 14 days thereafter | June 16, 2026 |
| Deadline for Pretrial Materials (pretrial order etc.) | January 6, 2026 | July 6, 2026 |
| Settlement Conference | January 23, 2026 (Ten days prior to the pretrial conference) | July 24, 2026 |
| Exchange of Exhibits | January 29, 2026 (Two business days prior to the pretrial conference) | July 30, 2026 |
| Pretrial Conference | February 2, 2026 at 10:00 a.m. | August 3, 2026 at 10:00 a.m. |
| Trial Date | Three-week docket beginning Tuesday, February 3, 2026 | Three-week docket beginning Tuesday, August 4, 2026 or the next Court date available thereafter |

| | |
|---|---|
| Dated:  July 21, 2025 | Respectfully submitted, |

**MARTINEZ & FARMER LLP**

*/s/Tyler L. Farmer*
*/s/Ariel A. Martinez*
Tyler L. Farmer, WSBA No. 39912
*Pro Hac Vice*
Ariel A. Martinez, WSBA No. 54869
*Pro Hac Vice*
4020 East Madison St., Suite 300
Seattle, WA 98112
Tel: (206) 208-2270
E: tyler@mfseattle.com
E: ariel@mfseattle.com

**BATTISTE CLEMENT PLLC**

*/s/Alison Battiste Clement*
Alison Battiste Clement
Texas Bar No. 24062603
Gabriela Isuani Monahan
Illinois Bar No. 6212056
2626 Cole Avenue, Suite 300
Dallas, TX 75204
Tel: (214) 540-7206
Fax: (972) 629-9818
E: alison@battisteclement.com
E: gabriela@battisteclement.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon all counsel of record through CM/ECF on July 21, 2025.

By: */s/Tyler L. Farmer*
Tyler L. Farmer

## CERTIFICATE OF WORD COUNT

Pursuant to Section II.A. of the Court's Procedures for Cases Assigned to District Judge Ada Brown and Standing Order, the undersigned hereby certifies that, per the word-processor register, the foregoing Motion contains 214 words, excluding the case caption, signature block, and certificates..

By: */s/Tyler L. Farmer*
Tyler L. Farmer

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(i), the undersigned certifies that the parties have complied with the meet and confer requirements of Local Rule CV-7(h) and that the foregoing motion and relief sought therein is unopposed.

By: */s/Tyler L. Farmer*
Tyler L. Farmer