IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARTEN GROUP INC et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:24-CV-01852-E |
| JERALD L TENNANT et al., | § § § | |
| Defendants. | § § § § | |

## ORDER

Before the Court is Defendant's Emergency Motion for Continuance and Motion to Seal, seeking a six-month continuance of discovery and pre-trial deadlines. (ECF No. 71). Plaintiff is unopposed to the relief sought. (ECF No. 75). Accordingly, the Court **GRANTS** the Motion and amends deadlines as stated below:

| Case Event | Current Date | Proposed Date |
|---|---|---|
| Deadline for Completion of Discovery | August 26, 2025 | February 26, 2026 |
| Deadline for Expert Objections | September 26, 2025 | March 26, 2026 |
| Deadline for Dispositive Motions | September 26, 2025 | March 26, 2026 |
| Deadline for Pretrial Disclosures and Objections | December 16, 2025 Objections due 14 days thereafter | June 16, 2026 |
| Deadline for Pretrial Materials (pretrial order etc.) | January 6, 2026 | July 6, 2026 |
| Settlement Conference | January 23, 2026 (Ten days prior to the pretrial conference) | July 24, 2026 |

| Exchange of Exhibits | January 29, 2026 (Two business days prior to the pretrial conference) | July 30, 2026 |
| --- | --- | --- |
| Pretrial Conference | February 2, 2026, at 10:00 a.m. | August 3, 2026, at 10:00 a.m. |
| Trial Date | Three-week docket beginning Tuesday, February 3, 2026 | Three-week docket beginning Tuesday, August 4, 2026, or the next Court date available thereafter |

**SO ORDERED:** this 23rd day of July, 2024.

*[signature]*

Ada Brown
UNITED STATES DISTRICT JUDGE