# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| MARTEN GROUP, INC. d/b/a SENERGY MEDICAL GROUP and SCOTT TENNANT,<br><br>　　Plaintiffs,<br><br>v.<br><br>JERALD TENNANT, MD, JOHN TENNANT, TERESA JESSEN TENNANT, JARED TENNANT, TENNANT DEVICES AND ACCESSORIES, LLC, and CURADOR, LLC,<br>　　Defendants. | Case No. 3:24-cv-01852<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS

Pending before the Court is Tyler L. Farmer and Ariel A. Martinez of Martinez & Farmer LLP and Alison Battiste Clement and Gabriela Isuani Monahan of Battiste Clement PLLC's Motion to Withdraw as Counsel for Defendants Jerald Tennant, M.D., John Tennant, Teresa Jessen Tennant, Jared Tennant, Tennant Devices and Accessories, LLC, and Curador, LLC (together, "Defendants"). The Court finds that the Motion to Withdraw should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Tyler L. Farmer and Ariel A. Martinez of Martinez & Farmer LLP and Alison Battiste Clement and Gabriela Isuani Monahan of Battiste Clement PLLC are hereby withdrawn as counsel for Defendants and relieved of all further duties in this case and will no longer receive ECF notification.

SIGNED this \_\_\_\_ day of _____, 2025.

                                                                      _____
ADA BROWN
UNITED STATES DISTRICT JUDGE