IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARTEN GROUP, INC. d/b/a SENERGY MEDICAL GROUP and SCOTT TENNANT,<br><br>　　Plaintiffs,<br><br>v.<br><br>JERALD TENNANT, MD, JOHN TENNANT, TERESA JESSEN TENNANT, JARED TENNANT, TENNANT DEVICES AND ACCESSORIES, LLC, and CURADOR, LLC,<br><br>　　Defendants. | §<br>§<br>§<br>§<br>§　Case No. 3:24-cv-01852<br>§<br>§　**JURY TRIAL DEMANDED**<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS

Pending before the Court is Tyler L. Farmer and Ariel A. Martinez of Martinez & Farmer LLP and Alison Battiste Clement and Gabriela Isuani Monahan of Battiste Clement PLLC's Motion to Withdraw as Counsel for Defendants Jerald Tennant, M.D., John Tennant, Teresa Jessen Tennant, Jared Tennant, Tennant Devices and Accessories, LLC, and Curador, LLC (together, "Defendants"). The Court finds that the Motion to Withdraw should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Tyler L. Farmer and Ariel A. Martinez of Martinez & Farmer LLP and Alison Battiste Clement and Gabriela Isuani Monahan of Battiste Clement PLLC are hereby withdrawn as counsel for Defendants and relieved of all further duties in this case and will no longer receive ECF notification.

The Court recognizes that Defendants are in the process of obtaining replacement counsel; accordingly, the Court enters the following additional orders.

**IT IS ORDERED THAT:**

1. Defendants, by and through their new counsel, shall file a notice of appearance, designation of lead counsel, or other filing to indicate their new counsel on or before September 24, 2025.

2. Defendants shall file the entry of appearance of local counsel satisfying the requirements of Local Civil Rule 83.10(a) on or before October 1, 2025.

**SO ORDERED.**

SIGNED this 3rd day of September, 2025.

ADA BROWN
UNITED STATES DISTRICT JUDGE