**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| MARTEN GROUP INC et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:24-CV-01852-E |
| | § | |
| JERALD L TENNANT et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

**ORDER**

On September 9, 2026, the Court lifted the stay in this case. Counsel are hereby directed to confer for the purpose of submitting a Joint Status Report regarding the current status of this and any related cases and how they wish to proceed with this litigation. The Parties' Joint Status Report is due by **September 25, 2026**. The Court hereby DENIES AS MOOT Defendants' motion for reconsideration of the stay and motion for status conference [Doc. 89].

SO ORDERED, this 14th day of September 2026.

REED O'CONNOR
CHIEF UNITED STATES DISTRICT JUDGE